

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00404-CV

**IN RE THE SHERWIN-WILLIAMS COMPANY** and Roberto **HERNANDEZ**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: August 3, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On July 1, 2022, relators filed a petition for writ of mandamus. Relators also filed an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relators' emergency motion for stay is **DENIED** as moot.[2]

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CI25249, styled *Marcos Acosta v. Roberto Hernandez and The Sherwin-Williams Company*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.

[2] On July 6, 2022, this court issued an order denying relators' petition for writ of mandamus and emergency motion for stay.